NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAINEY L. HOOD,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3126

---

Petition for review of the Merit Systems Protection Board in No. DA831E120227-I-1.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Rainey L. Hood moves for leave to supplement the record. The Office of Personnel Management opposes.

Our review of Merit Systems Protection Board ("Board") decisions is based on the record before the Board. *Mueller v. U.S. Postal Serv.*, 76 F.3d 1198, 1201-02 (Fed. Cir. 1996); *see also* Fed. R. App. P. 16(a). The

2                                                          HOOD v. OPM

documents Hood seeks to add were not before the Board and therefore may not be considered on appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.


                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                       Daniel E. O'Toole
                                       Clerk of Court

s26